816 So.2d 859 (2002)
Marion WILLIAMS and Charles Williams
v.
Martin O'NEILL, M.D., Richard Vallette, M.D., Robert Morales, M.D., H.D. Taylor, M.D., New Orleans Radiology Group, Hamilton Bruni, M.D., F. Thompson, M.D., State of Louisiana Through the Louisiana State Medical Center, et al.
In re Medical Review Panel for the Claim of Marion Williams and Charles Williams.
Marion Williams and Charles Williams
v.
Martin O'Neill, M.D., Richard Vallette, M.D., Robert Morales, M.D., H.D. Taylor, M.D., New Orleans Radiology Group, Hamilton Bruni, M.D., F. Thompson, M.D., State of Louisiana Through the Louisiana State Medical Center, et al.
No. 2002-C-1029.
Supreme Court of Louisiana.
May 24, 2002.
Denied.
JOHNSON, J., would grant the writ.
KNOLL, J., would grant the writ.